UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| N.W., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:12cv2031 CDP |
| MERCY HOSPITALS EAST COMMUNITIES, et al., | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Plaintiff has filed a motion to dismiss this case without prejudice, to which defendant objects. Defendants admit that there has been neither excessive delay nor lack of diligence on the part of the plaintiff. The efforts expended in this case will be useful in the event that a new case is filed against the defendants in this matter, so defendants have not needlessly incurred expenses. Therefore, I find that the defendants will not be prejudiced by a dismissal of the case. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for order of dismissal without prejudice [# 22] is granted.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of November, 2013.